### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES INCORPORATED, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 11-3757 |
| DANIEL S. HOMA, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

Baker Hughes Incorporated and Baker Hughes Oilfield Operations, Inc. (collectively, "BHI") have filed a trade-secrets lawsuit against two of its former employees, Daniel S. Homa and Robert W. Harman; FCTech, Inc., Homa and Harman's new employer; FCT Fiber Cable Technology GmbH; and NBG Systems GmbH.  Homa, Harman, and FCTech have filed a motion to compel BHI to identify a specific list of trade secrets, (Docket Entry No. 28), so as to be in compliance with the court's previous order that BHI "submit a revised list of what it contends are trade secrets, identified with as much specificity as possible," (Docket Entry No. 23).  Homa, Harman, and FCTech assert that "[t]here is a fundamental difference between providing a list of trade secrets and merely providing a list of areas in which there are trade secrets."  (Docket Entry No. 28, at 1).

BHI must respond to the motion to compel, (*id.*), by 5:00 p.m. on December 1, 2011.  A hearing on the motion will be held at **8:00 a.m. on December 2, 2011** in Courtroom 11-B.

SIGNED on November 29, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge