IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES INCORPORATED, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 11-3757 |
| DANIEL S. HOMA, *et al.*, | § § § | |
| Defendants. | § | |

ORDER ON
UNOPPOSED MOTION
BY DEFENDANTS HOMA, HARMAN, AND FCTECH
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Homa, Harman, and FCTech (collectively "Movants") filed an unopposed Motion requesting a three-week extension to December 6, 2011 to answer or otherwise respond to Plaintiffs' Complaint. (Docket Entry No. 26). The motion was granted.

SIGNED on January 11, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge