IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAKER HUGHES INCORPORATED AND BAKER HUGHES OILFIELD OPERATIONS, INC., § § § § Plaintiffs, § § v. § § DANIEL S. HOMA, ROBERT M. HARMAN, FCTECH, INC., FCT FIBER CABLE TECHNOLOGY GMBH, NBG SYSTEMS GMBH, AND NBG HOLDING GMBH, § § § § § § § Defendants. § | CIVIL ACTION NO. H-11-3757 |

## ORDER

The parties have filed status reports, (Docket Entries No. 171, 173, 174), and defense counsel has filed an amended privilege log, (Docket Entry No. 172), as ordered by this court, (Docket Entry No. 153). Plaintiffs' counsel have requested a premotion conference on the status of discovery, primarily into emails, and on the depositions that were to be taken in Austria. Defense counsel is opposed to the hearing.

A hearing is necessary to identify and resolve remaining discovery issues. Counsel must also be prepared to argue the jurisdictional motions based on the current record. The hearing is set for **June 17, 2013**, at 5:00 p.m. in Courtroom 11-B.

SIGNED on June 5, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge