**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BAKER HUGHES INCORPORATED, | § | |
| *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3757 |
| | § | |
| DANIEL S. HOMA, *et al*., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In accordance with this court's Memorandum and Order issued October 25, 2013, (Docket Entry No. 184), the claims of the plaintiffs, Baker Hughes Incorporated and Baker Hughes Oilfield Operations, Inc., against the defendants, FCT Fiber Cable Technology GmbH, NBG Systems GmbH, and NBG Holding GmbH, are dismissed without prejudice for lack of personal jurisdiction over these parties.  The claims of the plaintiffs against defendants Daniel Homa and Robert Harman have previously been resolved by settlement and the entry of an agreed order.  (Docket Entry Nos. 94, 95).  All claims against Homa and Harman are dismissed, with prejudice.  The claims of the plaintiffs against defendant Andreas Giannis are dismissed without prejudice, because service of process has not been effected and all other claims have been be dismissed.

SIGNED on November 4, 2013, at Houston, Texas.

_____

Lee H. Rosenthal

United States District Judge